379 A.2d 616

Commonwealth v. Warner, Appellant.

Submitted March 14, 1977.  Clayton R. Wilcox, for appellant;  Floyd P. Jones, Assistant District Attorney, and Donald L. Reihart, District Attorney, for Commonwealth, appellee.

Order affirmed.

379 A.2d 616

Commonwealth v. Western Packers, Inc., Appellant.

Argued November 10, 1976.  Harry L. Lentchner, with him Arthur M. Levovitz, for appellant;  Howard J. Wein, Assistant Attorney General, for Commonwealth, appellee.

Order affirmed.